UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
LUMEN VIEW TECHNOLOGY LLC,           :
                                     :   13 Civ. 3386 (DLC)
                    Plaintiff,       :
                                     :
          v.                         :
                                     :
ADICIO, INC., ADVANCED MAGAZINE      :
PUBLISHERS INC. AND PENTON MEDIA, INC.:
                                     :   ORDER
                    Defendants.      :
-------------------------------------:
                                     :
LUMEN VIEW TECHNOLOGY LLC,           :
                                     :
                    Plaintiff,       :   13 Civ. 3599 (DLC)
          v.                         :
                                     :
FINDTHEBEST.COM, INC.                :
                                     :
                    Defendant.       :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

   Pursuant to a telephone conference of September 23, 2013, it is hereby

   ORDERED that discovery in these actions is stayed pending the resolution of the defendants' objections as to the adequacy of the plaintiff's Preliminary Infringement Contentions under Local Patent Rule 6.

   SO ORDERED:

Dated:   New York, New York
         September 24, 2013

                               _____
                                      DENISE COTE
                               United States District Judge