UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LUMEN VIEW TECHNOLOGY LLC,              :
                                        :        13 Civ. 3386 (DLC)
                   Plaintiff,           :
                                        :
          v.                            :
                                        :
ADICIO, INC., ADVANCED MAGAZINE         :
PUBLISHERS INC. AND PENTON MEDIA, INC.  :
                                        :            ORDER
                   Defendants.          :
----------------------------------------:
                                        :
LUMEN VIEW TECHNOLOGY LLC,              :
                                        :
                   Plaintiff,           :        13 Civ. 3599 (DLC)
          v.                            :
                                        :
FINDTHEBEST.COM, INC.                   :
                                        :
                   Defendant.           :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED   9/24/2013

DENISE COTE, District Judge:

     On September 23, 2013, the defendants moved for judgment on

the pleadings in these two cases pursuant to Federal Rule of

Civil Procedure 12(c) on the ground that the plaintiff's Patent

No. 8,069,073 is invalid under 35 U.S.C. § 101.  It is hereby

ORDERED that any opposition is due by **October 11, 2013**.  Any reply is due by **October 18, 2013**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:      New York, New York
            September 24, 2013

_____
DENISE COTE
United States District Judge

2