IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LUMEN VIEW TECHNOLOGY LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:13-cv-03599-DLC |
| | : | |
| FINDTHEBEST.COM, INC. | : | October 22, 2013 |
| | : | |
| Defendants. | : | |

**PLAINTIFF LUMEN VIEW TECHNOLOGY LLC'S NOTICE OF MOTION FOR PROTECTIVE ORDER REGARDING SETTLEMENT INFORMATION**

PLEASE TAKE NOTICE that Defendant Lumen View Technology, LLC ("Lumen View") hereby moves this Court for an Order to protect dissemination of confidential information and to grant any other such relief as this Court deems just and proper:

(1) A Memorandum Of Law In Support Of Lumen View Technology LLC's Motion For Protective Order Regarding Settlement Information;
(2) Exhibit A - The Affidavit of Attorney Damian Wasserbauer, and Attachments A-E; and
(3) Exhibit B - A Proposed Order.

Dated:  October 22, 2013              AETON LAW PARTNERS LLP

/s/ Damian Wasserbauer
Damian Wasserbauer (DW3507)
damian@aetonlaw.com
101 Centerpoint Drive, Suite 105
Middletown, CT 06457
Telephone:  (860) 724-2160

*Counsel for Lumen View Technology LLC*

**Exhibit B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LUMEN VIEW TECHNOLOGY LLC, | : | |
| Plaintiff, | : | |
| v. | : | 1:13-cv-03599-DLC |
| FINDTHEBEST.COM, INC. | : | October 22, 2013 |
| Defendants. | : | |

# [PROPOSED ORDER]

The Court has before it the Motion For Protective Order Regarding Settlement Information. The Court is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED that:

1. FTB and its attorney are prohibited from further communicating with representatives of the media regarding confidential settlement information, or posting such information on social media,

2. FTB and counsel are required to take necessary steps through corrections, remove from the internet its prior media disclosures, blog posts or press releases that disseminate this protected information.

**SO ORDERED**, this____ day of October, 2013.

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

## CERTIFICATION OF SERVICE

This is to certify that on October 22, 2013, a copy of the foregoing PLAINTIFF LUMEN VIEW TECHNOLOGY LLC'S NOTICE OF MOTION, MEMORANDUM IN SUPPORT FOR PROTECTIVE ORDER REGARDING SETTLEMENT INFORMATION, EXHIBIT A - AFFIDAVIT OF D. WASSERBAUER WITH ATTACHMENTS A-E, and EXHIBIT B PROPOSED ORDER was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Damian Wasserbauer
Damian Wasserbauer (DW3507)