# ATTACHMENT A

| | |
|---|---|
| **From:** | Joe Leventhal |
| **To:** | Damian Wasserbauer |
| **Cc:** | Arielle Mullaney |
| **Subject:** | RE: 408 Discussion and Letters |
| **Date:** | Monday, June 10, 2013 5:25:14 PM |
| **Attachments:** | 2013_06_10 Leventhal Signed 408 Letters.pdf |

Damian,

Attached are the signed 408 letters.  Can you please prepare the stipulation?

Also, I had asked earlier that you send me the Court's scheduling order, since it hasn't been served on defendants.  Can you please email that to me?

Thanks,
Joe



Joseph S. Leventhal, Esq.
**The Leventhal Law Firm, APC**
jleventhal@leventhallaw.com
Ph: 619.356.3518

**From:** Damian Wasserbauer [mailto:damian@aetonlaw.com]
**Sent:** Friday, June 07, 2013 12:35 PM
**To:** Joe Leventhal
**Cc:** Arielle Mullaney
**Subject:** 408 Discussion and Letters

> This message contains attachments delivered via ShareFile.
>
> - ADICIO - 408 LETTER.pdf (197.1 kB)
> - AMP- 408 LETTER.pdf (198.2 kB)
> - PENTON - 408 LETTER.pdf (197.1 kB)
>
> Download the attachments by clicking here.

Joe,

Thank you for the discussion today.  As you indicated that you represent all defendants, we are providing you FRE 408 Letters for signature from each of these clients.  If you have comments, please forward them to me or our assistant Arielle.  If sufficient, please have your clients sign and return to our attention.

Lumen is agreeable to granting you a 30-day extension provided we have an opportunity to talk settlement under the terms of the 408 letter.  We will prepare and file the stipulation for the

extension as defendant's have not yet appeared.

Kind regards,

**Damian Wasserbauer**  |  Of Counsel

**Aeton Law Partners LLP**  |  P: 860.724.2170  |  F: 860.724.2161  |  M: 202.507.1776

101 Centerpoint Drive, Middletown, CT 06457  |  **aetonlaw.com**

IMPORTANT NOTICE: This communication and any attachment: (A) is private/confidential; (B) is intended only for the named recipient(s); and (C) may be subject to the attorney/client privilege or other legal privilege.

| | |
|---|---|
| From: | ShareFile Notifications |
| To: | Damian Wasserbauer |
| Subject: | Joseph Leventhal has downloaded files from the folder "Lumen View" |
| Date: | Tuesday, June 25, 2013 5:46:20 PM |



Damian,

Joseph Leventhal downloaded a file from a "Send Files" link at 6/25/13 17:46:

### Clients > Active > 0032 Redbridge > Lumen View

**Name:** Patents_FH_Chain of Title

Size: 46.19 MB • Downloaded: 6/25/13 17:46 • User: Joseph Leven hal [jleventhal@leventhallaw.com]

**Name:** Resolution re Signatory

Size: 20.17 KB • Downloaded: 6/25/13 17:46 • User: Joseph Leventhal [jleventhal@leven hallaw.com]

**Name:** FINDTHEBEST - 408 LETTER F 06-25-2013.pdf

Size: 76.46 KB • Downloaded: 6/25/13 17:46 • User: Joseph Leventhal [jleventhal@leven hallaw.com]

**Name:** Lumen Adicio Non-Exclusive License Agreement.docx

Size: 91.96 KB • Downloaded: 6/25/13 17:46 • User: Joseph Leventhal [jleventhal@leven hallaw.com]

**Name:** Lumen Findthebest.com Non-Exclusive License Agreement.docx

Size: 92.13 KB • Downloaded: 6/25/13 17:46 • User: Joseph Leventhal [jleventhal@leven hallaw.com]

Dates are displayed in UTC -5

Click here to change how often ShareFile sends emails

Powered By Citrix ShareFile 2013



Aeton Law Partners LLP
101 Centerpoint Drive
Suite 105
Middletown, CT 06457

T 860.724.2160
F 860.724.2161
aetonlaw.com

DAMIAN
WASSERBAUER
*Of Counsel*
T 860.398.6031
damian@aetonlaw.com

**VIA EMAIL TO COUNSEL**

June 7, 2013

███████████
Adicio, Inc.
One Carlsbad Research Center
2382 Faraday Avenue
Suite 350
Carlsbad, CA 92008

      Re:    *Lumen View Technology LLC v. Adicio, Inc., S.D.N.Y.*

Dear ███████:

[remainder of letter redacted]



[redacted]

The undersigned is empowered to sign this letter agreement on behalf of Lumen View Technology LLC and we request that Adicio, Inc. countersign this letter below and return the countersigned version to us to confirm the Parties' agreement to the terms contained herein.

Very truly yours,

*Damian Wasserbauer* (signature)

Damian Wasserbauer
of Aeton Law Partners

ACCEPTED AND AGREED

_____
On behalf of Adicio, Inc.

Dated: 6/10/13



Aeton Law Partners LLP
101 Centerpoint Drive
Suite 105
Middletown, CT 06457

T 860.724.2160
F 860.724.2161
aetonlaw.com

DAMIAN
WASSERBAUER
*Of Counsel*
T 860.398.6031
damian@aetonlaw.com

## VIA EMAIL TO COUNSEL

June 7, 2013

Advance Magazine Publishers Inc.
Four Times Square
New York, New York 10036

    Re:    *Lumen View Technology LLC v. Advance Magazine Publishers Inc.*, S.D.N.Y.

Dear ▮▮▮:





The undersigned is empowered to sign this letter agreement on behalf of Lumen View Technology LLC and we request that Advance Magazine Publishers Inc. countersign this letter below and return the countersigned version to us to confirm the Parties' agreement to the terms contained herein.

Very truly yours,

Damian Wasserbauer
of Aeton Law Partners

ACCEPTED AND AGREED

On behalf of Advance Magazine Publishers Inc.

Dated: 6/10/13



Acton Law Partners LLP
101 Centerpoint Drive
Suite 105
Middletown, CT 06457

T 860.724.2160
F 860.724.2161
aetonlaw.com

DAMIAN
WASSERBAUER
*Of Counsel*
T 860.398.6031
damian@aetonlaw.com

**VIA EMAIL TO COUNSEL**

June 7, 2013

▮▮▮▮▮▮▮▮▮▮
Penton Media, Inc.
1166 Avenue of the Americas
10th Floor
New York, New York 10036

      Re:    *Lumen View Technology LLC v. Penton Media, Inc.*, S.D.N.Y.

Dear ▮▮▮▮▮▮▮▮:

[body of letter redacted]



The undersigned is empowered to sign this letter agreement on behalf of Lumen View Technology LLC and we request that Penton Media, Inc. countersign this letter below and return the countersigned version to us to confirm the Parties' agreement to the terms contained herein.

Very truly yours,

Damian Wasserbauer
of Aeton Law Partners

ACCEPTED AND AGREED

On Behalf of Penton Media, Inc.

Dated: 6/10/13