# ATTACHMENT B

| | |
|---|---|
| **From:** | Joe Leventhal |
| **To:** | Damian Wasserbauer |
| **Subject:** | Re: Lumen View Technology, LLC v. FindTheBest.com, Inc. |
| **Date:** | Friday, June 21, 2013 6:35:58 PM |

When is good next week to talk? I'd like to first get the extension on file and then perhaps have a subsequent call to discuss the case schedule. I don't know that I'll be prepared to talk schedule on Monday.

Joe

On Jun 21, 2013, at 3:06 PM, "Damian Wasserbauer" <damian@aetonlaw.com> wrote:

> Joe,
>
> I would be happy to but we should talk first as I have not presented an offer of compromise to your client FindTheBest.com and would like to. What is your schedule next week or later today? Danny Seigle called and I spent 30 min answering his questions.
>
> It may be good that I represent that you are the defendant for FindTheBest.com and Adicio et al. to Judge Cote as she will want to know the reason for going from July 2 to July 8 Answer date. She may want to you to file an appearance.
>
> In addition, there is a CMP due for this case, when can we get together on that next week too. I would prefer not to push that work into the following week. We need to submit the CMP and pleading notebooks prior to the CMP.
>
> Kind regards,
>
> **Damian Wasserbauer**  |  Of Counsel
>
> Aeton Law Partners LLP   |   P: 860.724.2170   |   F: 860.724.2161   |   M: 202.507.1776
>
> 101 Centerpoint Drive, Middletown, CT 06457   |   aetonlaw.com
>
> IMPORTANT NOTICE: This communication and any attachment: (A) is private/confidential; (B) is intended only for the named recipient(s); and (C) may be subject to the attorney/client privilege or other legal privilege.
>
> **From:** Joe Leventhal [mailto:jleventhal@leventhallaw.com]
> **Sent:** Friday, June 21, 2013 2:23 PM
> **To:** Damian Wasserbauer
> **Subject:** Lumen View Technology, LLC v. FindTheBest.com, Inc.
>
> Damian,
>
> I represent FindTheBest.com in the litigation filed by Lumen View Technology. Are you agreeable to extending FindTheBest.com's deadline to respond to the complaint to July 8th, as you did for the Adicio defendants (as modified by the Court)?

Thank you,
Joe

&lt;image001.jpg&gt;　　Joseph S. Leventhal, Esq.
**The Leventhal Law Firm, APC**
600 West Broadway, Suite 700
San Diego, California 92101
jleventhal@leventhallaw.com
www.leventhallaw.com
Ph: 619.356.3518  Fx: 619.615.2082