```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUMEN VIEW TECHNOLOGY LLC,
                           Plaintiff,

        -against-

FINDTHEBEST. COM, INC.,
                       Defendant.
------------------------------------------------------------X

13 **CIVIL** 3599 (DLC)

**JUDGMENT**

     Whereas on September 24, 2013 defendant Findthebest.com, Inc. ("Findthebest") having moved for judgment on the pleadings in this patent infringement action pursuant to Fed. R. Civ. P. 12(c) on the ground that the patent on which plaintiff Lumen View Technology LLC ("Lument View") predicates its claim for infringement is invalid for failure to claim patent-eligible subject matter, and the matter having come before the Honorable Denise L. Cote, United States District Judge, and the Court thereafter, on November 22, 2013 having rendered its Opinion and Order that claim 1 of the '073 patent claims an abstract idea, which is patent ineligible subject matter under Section 101 of the codified Patent Action, that the dependent claims are invalid as well, granting Findthebest's September 24, 2013 motion for judgment on the pleadings, and directing the Clerk of Court to enter judgment for the defendant and close the case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated November 22, 2013, that claim 1 of the '073 patent claims an abstract idea, which is patent ineligible subject matter under Section 101 of the codified Patent Act; the dependant claims are invalid as well; Findthebest's September 24, 2013 motion for judgment on the pleadings is granted; and judgment is hereby entered for the defendant; accordingly, the case is closed.

**Dated:** New York, New York
November 26, 2013

                                         **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                          **BY:** _____

                                                         **Deputy Clerk**

 

                                         **THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____