# CERTIFICATE OF SERVICE

This is to certify that on December 16, 2013, a copy of the following documents were served by electronic notification to all registered counsel:

- DEFENDANT FINDTHEBEST.COM'S NOTICE OF TAXATION OF COSTS

By: _____
Valerie C. Ramirez
PARALEGAL TO
JOSEPH S. LEVENTHAL
THE LEVENTHAL LAW FIRM, APC