

Joseph S. Leventhal
jleventhal@leventhallaw.com

VIA EMAIL

March 31, 2014

The Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15B
New York, NY  10007-1312

Re:   *Lumen View Technologies LLC v. Findthebest.com, Inc.*, Case No. 13cv3599

Dear Judge Cote:

Pursuant to Section 3(F) of the Court's Individual Practices in Civil Cases, we write to advise the Court that more than sixty (60) days has elapsed since January 17, 2014, the date that Defendant Findthebest.com, Inc.'s Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Dkt. No. 59) was fully briefed.

Please contact me with any questions.

Sincerely,

Joseph S. Leventhal
Counsel for Defendant Findthebest.com, Inc.

cc:   Damian Wasserbauer, Attorney for Plaintiff