```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
Lumen View Technology, LLC,              :
                                         :
                      Plaintiff,         :    13 CIV. 3599 (DLC)
                                         :
         -v-                             :    SCHEDULING ORDER
                                         :
Findthebest.com, Inc.                    :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On December 10, 2013, Findthebest.com, Inc. filed a motion for award of attorneys' fees and other expenses from Lumen View Technology, LLC, on the ground that this case is "exceptional" under 35 U.S.C. § 285 ("Section 285"). On April 29, the Supreme Court of the United States issued an Opinion in <u>Octane Fitness, LLC v. Icon Health & Fitness Inc.</u>, 572 U.S. __ (2014), which addressed the definition of an exceptional case under Section 285. It is hereby

ORDERED that any submission by either party addressed to the significance of the <u>Octane Fitness</u> decision on Findthebest's motion for award of attorneys' fees and other expenses is due by **May 16, 2014.**

Dated:     New York, New York
           April 29, 2014

                                   _____
                                          DENISE COTE
                                   United States District Judge