**VIA ECF**

June 13, 2014

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street, Room 1610,
New York, NY 10007-1312

**Re:** *Lumen View Technologies LLC v. Findthebest.com, Inc., ("FTB") Case No. 13-cv-3599-DLC*

Hon. Judge Cote:

Plaintiff Lumen View Technologies LLC ("Lumen") has contacted Defendant FTB as ordered. (D.I. 89). FTB does not object to Lumen's request to correct the record as contained in Lumen's letter request of June 9, 2014. (D.I. 86).

Lumen respectfully requests the relief requested (D.I. 86) that the identified letters and motion be entered into the official record of the *FTB Case No. 13-cv-3599-DLC* and corrected pursuant to Fed. R. Civ. P. 60(a).

Respectfully submitted,

/s/ Damian Wasserbauer
Damian Wasserbauer (DW3507)
101 Centerpoint Drive
Middletown, CT 06457
(860) 266-1779
*Attorney for Plaintiff*
*Lumen View Technologies LLC*


*C: By ECF - All counsel of Record*