

# The Leventhal Law Firm, APC

655 West Broadway, Suite 840
San Diego, California 92101
Phone: (619) 356-3518  |  Fax: (619) 615-2082

## INVOICE

FindTheBest.com, Inc.
P.O. Box 1259
Summerland, CA 93067-1259

Invoice Date: September 10, 2014
Invoice Number: 11036
REDACTED

## Matter: Lumen View Technology, LLC

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 8/1/2014 | Review of opposition to attorney's fee submission; analysis of same | J.L. | 1.20 | $510.00 |
| 8/1/2014 | Review Lumen opposition to fee submission; communications with J. Leventhal re same  REDACTED | C.J. | .70 | $262.50 |
| 8/6/2014 | Draft, review, and revise reply brief in support of fee submission; conduct legal research re same | C.J. | 5.00 | $1,875.00 |
| 8/7/2014 | Draft, review, and revise reply brief and declaration; review and redact invoices for reply submission; draft, review, and revise letter to court re filing under seal | C.J. | 3.30 | $1,237.50 |
| 8/8/2014 | Redact invoices to submit as exhibit 5 to J. Leventhal's second declaration in support of submission for attorneys fees; File & serve reply brief, declaration, & letter requesting documents be filed under seal; Send copy of documents to be filed under seal to Judge Cote & Magistrate Judge Cott; Attention to organization of filed briefs | V.R. | 1.50 | $225.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 8/8/2014 | Finalize reply in support of attorney fee award | J.L. | .30 | $127.50 |
| 8/12/2014 | Review of Lumen View's settlement conference acknowledgement | J.L. | .10 | $42.50 |
| 8/13/2014 | Draft acknowledgment form for J. Leventhal's review | V.R. | .50 | $75.00 |
| | REDACTED | | | |
| 8/18/2014 | Prepare for settlement conference on attorney's fees | J.L. | 2.20 | $935.00 |
| 8/19/2014 | Participate in settlement conference on attorney's fees; communication with client re same | J.L. | .90 | $382.50 |
| | REDACTED | | | |

**Costs**

| 8/21/2014 | UPS Charges | $76.12 |
|---|---|---|
| SUBTOTAL: | | $76.12 |

**Matter Ledgers**

REDACTED

**Trust Account**

REDACTED

REDACTED