NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 16, 2014

_____

**LUMEN VIEW TECHNOLOGY LLC,**
*Plaintiff – Appellant,*

v.

**FINDTHEBEST.COM, INC,**
*Defendant – Appellee.*

_____

14-1156

_____

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-03599-DLC, Senior Judge Denise Cote.

_____

### **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.

FOR THE COURT

September 16, 2014         /s/ Daniel E. O'Toole
                           Daniel E. O'Toole
                           Clerk of Court


**ISSUED AS A MANDATE:** September 16, 2014


cc: Clerk's Office, United States District Court for the
Southern District of New York
Carolyn V. Juarez
Joseph S. Leventhal
Damian Wasserbauer